UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-60803-WPD

K.MIZRA LLC,

    Plaintiff,

v.

CITRIX SYSTEMS, INC., and
CLOUD SOFTWARE GROUP,
INC.,

    Defendants.
_____/

**ORDER SETTING HEARING**

**THIS CAUSE** is before the Court on Defendants' Motion to Dismiss K. Mirza LLC's Complaint (the "Motion") [DE 19], filed herein on June 10, 2025. The Court has reviewed the Motion and the record and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** that a hearing on the Motion is **SET** for September 11, 2025 at 10:00 AM.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 15th day of August, 2025.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to

Counsel of record