UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**Case No.: 25-cv-60803-WPD**

K.MIZRA LLC,

      Plaintiff,

v.

CITRIX SYSTEMS, INC. and
CLOUD SOFTWARE GROUP, INC.,

      Defendants.

                                  /

**NOTICE OF FILING OF DEFENDANTS' AMENDED**
**ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**

Defendants Citrix Systems, Inc. and Cloud Software Group, Inc. hereby provide notice of filing of their Amended Answer and Affirmative Defenses to Plaintiff's Complaint ("Amended Answer"). Pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiff K.Mizra LLC provided written consent to Defendants filing this Amended Answer on November 12, 2025.

Defendants' Amended Answer revises its affirmative defenses in response to Plaintiff's Motion to Strike Defendants' Answer and Affirmative Defenses (Dkt. 40). In light of the amendments, Defendants believe Plaintiff's Motion to Strike is now moot. Attached as Exhibit A is a redline indicating the changes in the Amended Answer.

Dated: November 14, 2025

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Ardith Bronson*
Ardith Bronson, Esq.
Florida Bar Number: 423025
ardith.bronson@us.dlapiper.com
Jose M. Espinosa, Esq.
Florida Bar Number: 1030890
jose.espinosa@us.dlaiper.com
DLA Piper LLP (US)
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8562

Michael Strapp, Esq.
Admitted *pro hac vice*
Michael.strapp@us.dlapiper.com
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110
Telephone: (617) 406-6031

*Counsel for Defendants Citrix System, Inc. and
Cloud Software Group, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 14, 2025, I electronically filed the foregoing document via CM/ECF, which caused a true and correct copy to be served electronically upon all entitled parties.

*/s/ Ardith Bronson*
Ardith Bronson, Esq.
