UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cv-60803-WPD

K.MIZRA LLC,

*Plaintiff*,

vs.

CITRIX SYSTEMS, INC.,

*Defendant*.

## ORDER DENYING AS MOOT MOTION TO STRIKE AFFIRMATIVE DEFENSES

THIS CAUSE is before the Court on Defendants' Amended Answer [DE 44] filed herein on November 14, 2025. The Court has reviewed the filing and is otherwise fully advised.

In light of this filing, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion to Strike Defendants' Answer to Complaint [DE 40] is **DENIED AS MOOT** without prejudice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 17th day of November, 2025.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to

Counsel of record