UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-60803-WPD

K.MIZRA LLC,

    Plaintiff,

v.

CITRIX SYSTEMS, INC., and
CLOUD SOFTWARE GROUP, INC.,

    Defendants.
_____/

## PLAINTIFF'S REQUEST FOR CLERK TO APPOINT MEDIATOR

Pursuant to Local Rule 16.2(d)(1)(B), and the Court's Order of Referral to Mediation (ECF No. 46), Plaintiff K.Mizra LLC ("Plaintiff") respectfully requests that the Clerk appoint a mediator from the Court's Certified Mediator List because the Parties were unable to reach an agreement on a mediator.

On November 12, 2025, Plaintiff provided Defendants Citrix Systems, Inc. and Cloud Software Group, Inc. ("Defendants") with a list of proposed mediators. On November 26, 2025, Defendants provided their proposed list of mediators. Despite conferring in good faith, as of December 1, 2025, the Parties were unable to reach an agreement on a mutually acceptable mediator.

Accordingly, Plaintiff requests that the Clerk designate a mediator on blind rotation pursuant to Local Rule 16.2(d) and notify the Parties of the appointment.

Dated: December 1, 2025               Respectfully Submitted,

/s/ Gerald E. Greenberg
GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
ALESSANDRA M. SIBLESZ
Florida Bar No. 1024843
asiblesz@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com


ROBERT R. BRUNELLI *
CO State Bar No. 20070
rbrunelli@sheridanross.com
BRIAN S. BOERMAN *
CO State Bar No. 50834
bboerman@sheridanross.com
TRISTAN D. LEWIS *
CO State Bar No. 60968
tlewis@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
litigation@sheridanross.com

*Admitted pro hac vice

Counsel for Plaintiff K.Mizra LLC

2