UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 25-cv-60803-WPD**

K.MIZRA LLC,

    Plaintiff,

v.

CITRIX SYSTEMS, INC., and
CLOUD SOFTWARE GROUP, INC.,

    Defendants.
_____/

**PLAINTIFF K.MIZRA LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF ITS SECOND MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES**

Plaintiff K.Mizra LLC ("Plaintiff"), by and through the undersigned counsel, respectfully moves this Court pursuant to Fed. R. Civ. P. 6(b)(1)(A) for a one-week extension of time to file its Reply in Support of Plaintiff's Second Motion to Strike Defendants' Affirmative Defenses. In support thereof, Plaintiff states as follows:

On December 5, 2025, Plaintiff filed its Second Motion to Strike Defendants' Affirmative Defenses (ECF No. 52). On December 19, 2025, Defendants Citrix Systems Inc. and Cloud Software Group, Inc. (collectively, "Defendants" or "Citrix") filed their Response in Opposition of that Motion (ECF No. 56). Under the applicable rules, Plaintiff's Reply is currently due on December 26, 2025. Plaintiff respectfully seeks a brief extension of one week, up to and including January 2, 2026, to file its Reply.

Good cause exists for the requested extension. The current deadline falls immediately following the Christmas holiday, a period during which counsel and support staff have previously scheduled holiday travel and reduced availability. This request represents Plaintiff's first request

for an extension with respect to this filing, and will not prejudice Defendants or materially impact the schedule of this case. Defendants have also been consulted regarding the relief requested herein and do not oppose this Motion.

For these reasons, Plaintiff respectfully requests that the Court grant this Unopposed Motion and extend the deadline for Plaintiff to file its Reply in Support of its Second Motion to Strike Defendants' Affirmative Defenses from December 26, 2025, to January 2, 2026.

A proposed order granting this Unopposed Motion is attached hereto.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

The undersigned certifies that the parties conferred on December 22, 2025, via email about the relief requested herein, and Defendants do not oppose the relief requested in this Unopposed Motion.

Dated: December 22, 2025                             Respectfully Submitted,

/s/ Gerald E. Greenberg
GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
ALESSANDRA M. SIBLESZ
Florida Bar No. 1024843
asiblesz@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com


ROBERT R. BRUNELLI *
CO State Bar No. 20070
rbrunelli@sheridanross.com
BRIAN S. BOERMAN *
CO State Bar No. 50834
bboerman@sheridanross.com
TRISTAN D. LEWIS *
CO State Bar No. 60968
tlewis@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
litigation@sheridanross.com

*Admitted pro hac vice

Counsel for Plaintiff K.Mizra LLC