UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**Case Number: 25-60803-CIV-DIMITROULEAS**

K.MIZRA LLC,

      Plaintiff,

v.

CITRIX SYSTEMS, INC. and CLOUD
SOFTWARE GROUP, INC.,

      Defendants.

_____/

## <u>JOINT NOTICE OF SETTLEMENT AND REQUEST TO SUSPEND ALL DEADLINES</u>

Plaintiff K.Mizra LLC ("Plaintiff") and Defendants Citrix Systems, Inc., and Cloud Software Group, Inc. (collectively, "Defendants" and, together with Plaintiff, the "Parties"), respectfully notify this Court that on Wednesday, January 21, 2026, at the Mediation held before the Honorable Peter Weinstein, Florida Circuit Court Judge (Ret.), the Parties reached a settlement in principle that resolves this dispute in its entirety. The Parties therefore respectfully request that this Court suspend all deadlines in this Action for thirty days to allow the Parties sufficient time to prepare a formal agreement and submit the appropriate dismissal document pursuant to Federal Rule of Civil Procedure 41.

**[BALANCE OF PAGE INTENTIONALLY LEFT BLANK]**

Dated: January 23, 2026

Respectfully submitted,

By: /s/ *Gerald E. Greenberg*             By: /s/ *Jose M. Espinosa*

Gerald E. Greenberg
Florida Bar No. 440094
ggreenberg@gsgpa.com
ALESSANDRA M. SIBLESZ
Florida Bar No. 1024843
asiblesz@gsgpa.com
GELBER SCHACHTER &
GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

Robert R. Brunelli*
CO State Bar No. 20070
rbrunelli@sheridanross.com
Brian S. Boerman*
CO State Bar No. 50834
bboerman@sheridanross.com
Tristan D. Lewis*
CO State Bar No. 60968
tlewis@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223
litigation@sheridanross.com

*Admitted pro hac vice*
*Counsel for Plaintiff K.Mizra LLC*

Ardith Bronson, Esq.
Florida Bar Number: 423025
ardith.bronson@us.dlaiper.com
Jose M. Espinosa, Esq.
Florida Bar Number: 1030890
jose.espinosa@us.dlaiper.com
DLA Piper LLP (US)
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8562

Michael Strapp, Esq.
Admitted *pro hac vice*
Michael.strapp@us.dlapiper.com
Safraz Ishmael, Esq.
Admitted *pro hac vice*
safraz.ishmael@us.dlapiper.com
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110
Telephone: (617) 406-6031

Ankur Desai, Esq.
Admitted *pro hac vice*
ankur.desai@us.dlapiper.com
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004
Telephone: (202) 799-4716

Mary Dahl, Esq.
Admitted *pro hac vice*
Mary.dahl@us.dlapiper.com
DLA Piper LLP (US)
3203 Hanover Street, Suite 100
Palo Alto, CA 94304
Telephone: (650) 833-2000

Matthew S. Middleton, Esq.
Admitted *pro hac vice*
Matthew.middleton@us.dlapiper.com4
DLA Piper LLP (US)

1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5675

Derek R. Gretkowski, Esq
Admitted *pro hac vice*
derek.gretkowski@us.dlapiper.com
DLA Piper LLP (US)
One Liberty Place
1650 Market Street
Suite 5000
Philadelphia, PA 19103-7300
Tel. (215) 656-3370

*Counsel for Defendants Citrix Systems,*
*Inc., and Cloud Software Group, Inc.*