UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60803-CIV-DIMITROULEAS

K.MIZRA LLC,

   Plaintiffs,

vs.

CITRIX SYSTEMS, INC. and CLOUD SOFTWARE GROUP, INC.,

   Defendants.
_____/

## ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE is before the Court on the Joint Notice of Settlement and Request to Suspend All Deadlines [DE 64] ("Motion"), filed on January 23, 2026. The Court has carefully reviewed the Motion and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion to Strike Affirmative Defenses [DE 52] is **DENIED AS MOOT;**

2. Parties shall have through February 24, 2026 to file dismissal documents.

3. Parties' request to stay deadlines pending the filing of dismissal documents is denied.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of January, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record