UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 25-cv-60803-WPD**

K.MIZRA LLC,

    Plaintiff,

v.

CITRIX SYSTEMS, INC., and
CLOUD SOFTWARE GROUP, INC.,

    Defendants.
_____/

## NOTICE OF FILING MEDIATOR'S REPORT

Plaintiff K.Mizra LLC hereby gives notice of filing the Mediator's Report for the mediation held on January 21, 2026, before Peter M. Weinstein, Esq., Mediator from Salmon & Dulberg Dispute Resolution. *See* Ex. A.

Dated: January 27, 2026

Respectfully Submitted,

/s/ Gerald E. Greenberg
GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
ALESSANDRA M. SIBLESZ
Florida Bar No. 1024843
asiblesz@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com


ROBERT R. BRUNELLI *
CO State Bar No. 20070
rbrunelli@sheridanross.com
BRIAN S. BOERMAN *
CO State Bar No. 50834
bboerman@sheridanross.com
TRISTAN D. LEWIS *
CO State Bar No. 60968
tlewis@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
litigation@sheridanross.com

*Admitted pro hac vice

Counsel for Plaintiff K.Mizra LLC