# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-60803-WPD**

K.MIZRA LLC,

      Plaintiff,

v.

CITRIX SYSTEMS, INC., and
CLOUD SOFTWARE GROUP, INC.,

      Defendants.
_____/

**REPORT OF MEDIATOR**

    The undersigned, Peter M. Weinstein, Esq., Mediator from Salmon & Dulberg Dispute Resolution, hereby reports to this Honorable Court that a mediation conference in this cause was held on January 21, 2026. The results of the Mediation Conference are as follows:

- ☐ All required parties were present *or*
- ☐ The following required parties were not present: _____
- ☒ An agreement was reached.
- ☐ A **confidential** settlement agreement was reached.
- ☐ No agreement was reached.
- ☐ The parties have agreed to adjourn and reconvene at a later date to continue the mediation. The Court will be notified of the continuation date.
- ☐ The parties have agreed to continue negotiating with the assistance of the mediator.
- ☐ If no further Report of Mediator is filed on or before _____, the Court shall presume that no agreement has been reached.
- ☐ Other: _____.

2

Dated: January 27, 2026				Respectfully Submitted,

								*/s/ Peter M. Weinstein*
								Peter M. Weinstein, Esq.
								Florida Bar Number: 222860
								petermweinstein@gmail.com
								Managing Partner: John W. Salmon, Esq.
								Florida Bar Number: 271756
								John@sd-adr.com, service2@sd-adr.com
								Salmon & Dulberg Dispute Resolution
								1395 Brickell Avenue, Suite 800
								Miami, Florida 33131
								Telephone: (305) 371-5490

Copies furnished to: All Counsel of Record