UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-60803-WPD

K.MIZRA LLC,

    Plaintiff,

v.

CITRIX SYSTEMS, INC., and
CLOUD SOFTWARE GROUP, INC.,

    Defendants.

_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff K.Mizra LLC and Defendants Citrix Systems, Inc. and Cloud Software Group, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of all claims of the Parties in this action WITH PREJUDICE with each party to bear its own costs, expenses and attorneys' fees and with each party knowingly and voluntarily waiving any right, arising under 35 U.S.C. § 285 or otherwise, to make a claim for any costs, attorney fees or other expenses.

Dated: February 24, 2026                                  Respectfully submitted,

By: */s/ Gerald E. Greenberg*                             By: */s/ Jose M. Espinosa*
    GERALD E. GREENBERG                                    ARDITH BRONSON
    Florida Bar No. 440094                                 Florida Bar Number: 423025
    ggreenberg@gsgpa.com                                   ardith.bronson@us.dlapiper.com
    ALESSANDRA M. SIBLESZ                                  JOSE M. ESPINOSA
    Florida Bar No. 1024843                                Florida Bar Number: 1030890
    asiblesz@gsgpa.com                                     jose.espinosa@us.dlaiper.com
    GELBER SCHACHTER &                                     DLA Piper LLP (US)
    GREENBERG, P.A.                                        200 South Biscayne Blvd., Suite 2500
    One Southeast Third Avenue, Suite 2600                 Miami, Florida 33131
    Miami, Florida 33131                                   Telephone: (305) 423-8562
    Telephone: (305) 728-0950
    E-service: efilings@gsgpa.com

<div style="columns:2">

ROBERT R. BRUNELLI*
CO State Bar No. 20070
rbrunelli@sheridanross.com
Brian S. Boerman*
CO State Bar No. 50834
bboerman@sheridanross.com
Tristan D. Lewis*
CO State Bar No. 60968
tlewis@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
litigation@sheridanross.com

*Admitted pro hac vice
Counsel for Plaintiff K.Mizra LLC

MICHAEL STRAPP
Admitted *pro hac vice*
michael.strapp@us.dlapiper.com
SAFRAZ ISHMAEL
Admitted *pro hac vice*
safraz.ishmael@us.dlapiper.com
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110
Telephone: (617) 406-6031

ANKUR DESAI
Admitted *pro hac vice*
ankur.desai@us.dlapiper.com
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004
Telephone: (202) 799-4716

MARY DAHL
Admitted *pro hac vice*
mary.dahl@us.dlapiper.com
DLA Piper LLP (US)
3203 Hanover Street, Suite 100
Palo Alto, CA 94304
Telephone: (650) 833-2000

MATTHEW S. MIDDLETON
Admitted *pro hac vice*
matthew.middleton@us.dlapiper.com
DLA Piper LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5675

DEREK R. GRETKOWSKI
Admitted *pro hac vice*
derek.gretkowski@us.dlapiper.com
DLA Piper LLP (US)
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7300
Tel. (215) 656-3370

*Counsel for Defendants Citrix Systems, Inc., and Cloud Software Group, Inc.*

</div>